B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re _Lisa A Herman_,    Case No. _17-12842-jfk_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Robert William Hall_          _Elisa Brown_
Name of Transferee             Name of Transferor

Name and Address where notices to transferee should be sent:
_491 Baltimore Pike #203_
_Springfield PA 19064_
Phone: _703-623-1522_
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: _400.00_
Date Claim Filed: _Deemed Filed_

Phone: _1-302-363-5296_
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_         Date: _October 13, 2017_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## DEBT PURCHASE AGREEMENT

This Debt Purchase Agreement ("Debt Purchase Agreement") is made and entered into effective as of October 11, 2017 by and among **Robert William Hall (RWH)**, and **Elisa Brown**

**WHEREAS**, Elisa Brown does hereby sell, assign, convey, and in all other respects transfer, without condition, limitation, or qualification, to Robert William Hall, individually, all of her rights, title, and interest in that certain claim she owns and holds against Lisa Herman -- without recourse, representation, or warranty with respect to the validity, enforceability, or collectability thereof -- for all purposes, and in all contexts and forums, including, without limitation, all rights, powers, and causes of action appurtenant thereto with respect to the bankruptcy filed by Lisa Herman in the Eastern District of Pennsylvania, Case# 17-12842-jfk (including any right to be heard in said bankruptcy case, and the right to vote on any proposed repayment plan under any Chapter, in support or oppose, by objection or otherwise, any action proposed to be taken in said bankruptcy case), and which may, in his sole discretion as assignee, and without responsibility or obligation to account to Elisa Brown, be by him (1) sold, assigned, conveyed or in any other aspect be transferred, in whole or in part, and (2) settled, compromised, hypothecated, pledged, collateralized, released, forgiven, waived, discharged, in whole or in part, as he may see fit for his own account.

**NOW, THEREFORE**, for good and valuable consideration, the receipt of which is hereby acknowledged, the parties hereby agree as follows:

1. <u>Transfer and Assignment.</u> As permitted above Elisa Brown, hereby sells, assigns, transfers, and conveys unto Robert William Hall her rights and interests to receive payment in the amount of $400.00 owed by Lisa A Herman to Elisa Brown

2. <u>Consideration.</u> Consideration to be paid to Elisa Brown shall be a total of $75.00

3. <u>Agreement to be bound.</u> Robert William Hall agrees to be bound by all the terms and conditions applicable to Elisa Brown for the payment of this Debt.

4. <u>Entire Agreement.</u> This Debt Purchase Agreement embodies the entire agreement between Robert William Hall and Elisa Brown and supersedes any prior agreements, whether written or oral with respect to the subject matter thereof.

5. <u>Successors</u>. This Debt Purchase Agreement shall be binding upon and shall inure to the benefit of each of the parties to this Debt Purchase Agreement and each of their respective successors and assigns.

6. <u>Counterparts.</u> This Debt Purchase Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original as against any party whose signature appears thereon and all of which together shall constitute one instrument.

**IN WITNESS WHEREOF,** the parties hereto have caused this Debt Purchase Agreement to be duly executed and delivered as of the date first written above.

Date October 11, 2017

Accepted:

_____

By: Robert William Hall

_____

By Elisa Brown

Acknowledgement:

State of  Delaware            )
                              )ss.
County of  New Castle         )

On the  11th  day of  October , 2017, before me, Karen E Witmer , NOTARY, personally appeared, Robert William Hall & Elisa Brown , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____

Notary Public

My Commission Expires: _____

KAREN E. WITMER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires November 20, 2018

```
                SPRINGFIELD
          1138 BALTIMORE PIKE
                SPRINGFIELD
                    PA
                 19064-9998
                4152560863
10/14/2017    (800)275-8777    11:44 AM

Product                  Sale         Final
Description              Qty          Price

Dom M.O. -                            $75.00
Value
   (Serial#:24587861681)
 Dom M.O. Fee                         $1.20

Total                                 $76.20

Cash                                  $80.00
Change                               ($3.80)

******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
******************************************

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


******************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
******************************************
```

---

**UNITED STATES POSTAL SERVICE® — CUSTOMER'S RECEIPT**

KEEP THIS RECEIPT FOR YOUR RECORDS

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Serial Number: 24587861681

Pay to: Elisa Brown
Address: For Purchase of Debt per agreement
Year, Month, Day: 2017-10-14
Post Office: 190635
Amount: $75.00
Clerk: 21

---

**UNITED STATES POSTAL SERVICE® — POSTAL MONEY ORDER**

Serial Number: 24587861681

Year, Month, Day: 2017-10-14
Post Office: 190635
Amount: Seventy Five Dollars and 00/100 **$75.00**
U.S. Dollars and Cents
Clerk: 21

Pay to: Elisa Brown
Address: 
From: R. William Ha[ll]
Address: 
Memo: For purchase of LAH debt per agreement

© 2008 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑈000000800⑈  24587861681⑈